UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2503**

DEALVA GRAVES; RODNEY GRAVES,

        Plaintiffs – Appellants,

    v.

ONEWEST BANK, FSB,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Paul  W.  Grimm, District Judge. (8:14-cv-01995-PWG)

Submitted:  May 11, 2016          Decided:  June 3, 2016

Before SHEDD, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

DeAlva Graves, Rodney Ryan Graves, Appellants Pro Se. Chad King, John Sears Simcox, SIMCOX & BARCLAY, Annapolis, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeAlva Graves and Rodney Ryan Graves appeals the district court's order dismissing their complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Graves v. Onewest Bank, F.S.B., No. 8:14-cv-01995-PWG (D. Md. Nov. 2, 2015). We deny the Graves' motion for injunctive relief and to consolidate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED